UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\11\2012

UNITED STATES OF AMERICA

-v-

XING WU PAN and JIA HOU,

              Defendants.

No. 12 Cr. 153 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the conference held on July 10, 2012, IT IS HEREBY ORDERED THAT the parties shall comply with the following briefing schedule for Defendants' contemplated motion for a bill of particulars:

| | |
|---|---|
| August 1, 2012 | Defendants shall file their motions for a bill of particulars; |
| August 15, 2012 | The government shall submit its response to Defendants' motions; |
| August 22, 2012 | Defendants shall submit their replies, if any. |
| September 14, 2012 at 11 a.m. | Oral argument on Defendants' motions. |

    IT IS FURTHER ORDERED THAT the parties shall comply with the following briefing schedule for all other motions contemplated by Defendants:

| | |
|---|---|
| September 10, 2012 | Defendants shall file any motions; |
| October 10, 2012 | The government shall submit its response to Defendants' motions; |
| October 22, 2012 | Defendants shall submit their replies, if any. |
| November 9, 2012 at 2:00 p.m. | Oral argument on Defendants' motions. |

IT IS FURTHER ORDERED THAT trial shall begin on the morning of February 4, 2013.

SO ORDERED.

Dated:  July 10, 2012
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE