

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

May 9, 2013

**BY ELECTRONIC MAIL**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-13-13
```

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re: <u>United States v. Xing Wu Pan and Jia Hou,</u>
No. S1 12 Cr. 153 (RJS)

Dear Judge Sullivan:

The Government respectfully submits this letter to request a modification of the defendants' bail conditions in the captioned case.

The conditions of defendant Pan's pre-trial release included a $100,000 personal recognizance bond, co-signed by his wife, with travel restrictions, the surrender of travel documents, and regular pretrial supervision. Defendant Hou was released on a $100,000 personal recognizance bond, co-signed by two financially responsible parties, with travel restrictions, the surrender of travel documents, and regular pretrial supervision.

In light of the jury's guilty verdicts last week, the Government respectfully requests that the continued release of each defendant be conditioned on a $250,000 personal recognizance bond, co-signed by three financially responsible parties, with no change to the other conditions now in place. The Government respectfully submits that this modification is warranted in order to ensure the defendants' continued appearance in court, including for sentencing on September 20, 2013.

Both defendants have consented through counsel to this proposed modification.

Respectfully submitted,

PREET BHARARA
United States Attorney

SO ORDERED
Dated: 5/10/13
RICHARD J. SULLIVAN
U.S.D.J.

By: _____
BRIAN A. JACOBS / JUSTIN ANDERSON
Assistant United States Attorneys
(212) 637-2512 / -1035

cc: All Counsel (by email)