UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA

    -v-

XING WU PAN,
    a/k/a "Oliver Pan," and

JIA HOU,
    a/k/a/ "Jenny Hou,"

          Defendants.

------------------------------------------------------------ x

NOTICE OF MOTION FOR
JUDGMENT OF ACQUITTAL
S1 12 Cr. 153 (RJS)

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and upon all of the prior papers and proceedings hitherto had herein, defendant Xing Wu (Oliver) Pan will move this Court before the Honorable Richard J. Sullivan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, N.Y, 10007, Courtroom 21C, at a time and on a date set by the Court, for an Order:

    (1)    Granting defendant Xing Wu (Oliver) Pan a Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure on Count One (¶¶ 1-7) of the Superseding Indictment, charging defendant Xing Wu (Oliver) Pan with Conspiracy to Commit Wire Fraud;

    (2)    Granting defendant Xing Wu (Oliver) Pan a Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure on Court Two (¶ 8) of the Superseding Indictment, charging defendant Xing Wu (Oliver) Pan with Attempt to Commit Wire Fraud; and

    (3) Granting any other or further relief which the Court deems just and proper.

Dated: New York, NY
       May 28, 2013

                                  Respectfully submitted,

                                  TESSER, RYAN & ROCHMAN, LLP
                                  Attorneys for Oliver Pan

                            BY: _____/s/_____
                                  Gregory J. Ryan (GJR 0718)
                                  Irwin Rochman  (IR 7573)
                                  509 Madison Avenue
                                  New York, NY 10022
                                  (212) 754-9000
                                  (212) 754-5907
                                  gjryan@tesserryan.com

TO:    PREET BHARARA, ESQ.
         United States Attorney
         Southern District of New York
         One St. Andrews Plaza
         New York, NY 10007
           Attn: Brian Jacobs, Esq.
                Justin Anderson, Esq.
                Steve C. Lee, Esq.,
                Assistant United States Attorneys