**TESSER, RYAN & ROCHMAN, LLP**
ATTORNEYS AT LAW
509 MADISON AVENUE
NEW YORK, NY 10022
(212) 754-9000
FAX (212) 754-9006

# MEMO ENDORSED



August 29, 2013

<u>VIA ECF and E-MAIL</u>

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      *United States v. Oliver Pan, et al. S1 12- CR 153 (RJS)*

Dear Judge Sullivan:

  With the consent of the government, we write to request an adjournment of defendant Xing Wu (Oliver) Pan's sentencing, which is currently scheduled for September 20, 2013, until October 3, 2013 or October 4, 2013. This is our first request for an adjournment.

  The principal reason for the request is that Mr. Rochman and I are on vacation this week and the Jewish high holy days are next week and the following week. We have conferred with the government and, if convenient to the Court, we request that Mr. Pan's pretrial submission be made by September 20, 2013, the government's by September 27, 2013 and that sentencing be scheduled for October 3 or 4, 2013.

  Thank you for your attention to the matter.

Respectfully submitted,

Gregory J. Ryan

cc: All counsel (via email)

```
The request is granted; sentencing is adjourned to
October 3, 2013 at 10:00 a.m.  Defendant shall submit
his sentencing memorandum by September 19, 2013, and
the government shall make its submission by September
26.
```

SO ORDERED
Dated: 8/30/13
RICHARD J. SULLIVAN
U.S.D.J.