# TESSER, RYAN & ROCHMAN, LLP

ATTORNEYS AT LAW
509 MADISON AVENUE
NEW YORK, NY 10022
(212) 754-9000
FAX (212) 754-5906

MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13
```

November 12, 2013

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

RE: <u>United States v. Xing Wu Pan</u>
12 Cr. 153 (RJS)

Dear Judge Sullivan:

I write on behalf of my client, Xing Wu (Oliver) Pan, to respectfully request that the Court permit Mr. Pan to travel to Richmond, Virginia for business purposes on Saturday November 16, 2013, returning to New York the same day. The Government and Jeff Steimel, Mr. Pan's Pretrial Services Officer, have no objection to this request.

Respectfully submitted,

TESSER, RYAN & ROCHMAN, LLP

Gregory J. Ryan

SO ORDERED
Dated: 11/12/13
RICHARD J. SULLIVAN
U.S.D.J.