UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-13
```

UNITED STATES OF AMERICA

-v-

XING WU PAN,

                Defendant.

No. 12 Cr. 153 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the government shall respond to Defendant's motion for bail pending appeal by November 25, 2013. Defendant shall reply, if at all, by November 27, 2013.

SO ORDERED.

Dated:      November 20, 2013
               New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE